AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ District of _____

*filed in open court 5/3/04*

APPEARANCE *for initial appearance only on May 3, 2004.*

CASE NUMBER: 04-1685-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Javier Angel Romero

I certify that I am admitted to practice in this court.

May 3, 2004
Date

Signature

Veronica J. White    690332
Print Name           Bar Number

101 Tremont St. #800
Address

Boston      MA      02108
City        State   Zip Code

617-338-9507 / 338-9508
Phone Number      Fax Number