UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



UNITED STATES

V.                                                          CASE NO. 04-1685-CBS

RAMON ACOSTA
AKA JAVIER ANGEL ROMERO

### ENTRY OF APPEARANCE

Now comes the undersigned and enters his appearance as counsel of record on behalf of the Defendant, RAMON ACOSTA, in the above-entitled cause.

Respectfully Submitted,

Raymond Buso
BBO # 067680
15 Church Street
Salem, MA 01970
(978) 744-8500

Dated: May 6, 2004