AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Javier Angel Romero   aka Ramon ACOSTA

**WARRANT FOR ARREST**

CASE NUMBER: 04-1685-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Javier Angel Romero   aka Ramon ACOSTA_
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE COCAINE A SCHEDULE II CONTROLLED SUBSTANCE

in violation of Title _21_ United States Code, Section(s) _846_

Name of Issuing Officer: Charles B. Swartwood

Signature of Issuing Officer

Title of Issuing Officer: U.S. MAGISTRATE JUDGE

Date and Location: 02-26-2004   BOSTON, MASSACHUSETTS

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

USMS Worcester, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-3-04 | S/A Jean Drouin (DEA) | |
| DATE OF ARREST 5-1-04 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Javier Angel Romero

ALIAS: aka Ramon ACOSTA

LAST KNOWN RESIDENCE: 4 SHERMAN STREET, LYNN, MA

LAST KNOWN EMPLOYMENT: 

PLACE OF BIRTH: 

DATE OF BIRTH (4 digit year): 00-00-1964

SOCIAL SECURITY NUMBER (last 4 digits only): 

HEIGHT:                                                WEIGHT: 

SEX: M                                                 RACE: 

HAIR:                                                  EYES: 

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: 


FBI NUMBER: 

COMPLETE DESCRIPTION OF AUTO: 


INVESTIGATIVE AGENCY AND ADDRESS: