UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) Criminal No. M-04-1685-CBS |
| **JAVIER ANGEL ROMERO,** | ) |
| a/k/a "Ramon Acosta," | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO CONTINUE PROBABLE CAUSE AND DETENTION HEARING UNTIL TUESDAY JUNE 29, 2004**

Now comes the United States of America (the "government"), and hereby moves this Honorable Court to continue the probable cause and detention hearing of defendant Javier Angel Romero from June 23, 2004 to June 29, 2004, as counsel for defendant, Raymond Buso, Esq., will be unable to appear as he is currently and will continue be on trial before the Lynn District Court all day on June 23, 2004.

Respectfully submitted,

**MICHAEL J. SULLIVAN**
United States Attorney

/s/ Robert L. Peabody
**ROBERT L. PEABODY**
Assistant U.S. Attorney
(617)748-3240

**Dated:** June 22, 2004