AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  MA

UNITED STATES

V.

Phillip Asaro, Javier Angel Romero

## EXHIBIT AND WITNESS LIST

Case Number:  04-1785-CBS

| PRESIDING JUDGE            | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|----------------------------|----------------------|----------------------|
| Charles B. Swartwood, III  | Peabody              | Griffen, Buso        |
| TRIAL DATE (S)             | COURT REPORTER       | COURTROOM DEPUTY     |
| 6/29/2004                  | 10:18 A              | Roland               |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|----------|----------|--------------|--------|----------|----------------------------------------|
|          |          |              |        |          | Witnesses                              |
|          |          | 6/29/2004    |        |          | Agent Jean Drouin                      |
|          |          |              |        |          |                                        |
|          |          |              |        |          | Exhibits                               |
| 1        |          | 6/29/2004    | X      | X        | Complaint and Affidavit                |
|          | A        | 6/29/2004    | X      | X        | Copy of Greencard/Romero               |
|          | B        | 6/29/2004    | X      | X        | Passport/Romero                        |
|          | C        | 6/29/2004    | X      | X        | Payroll Records/Romero                 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages